**FILED: 8/16/11**
**JS - 6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Fernando W. Preciado,* | CASE NO. CV 11-5063-GHK (DTBx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *BAC Home Loans Servicing LP, et al.,* | |
| Defendants. | |

   Pursuant to the Court's August 16, 2011 Order, IT IS HEREBY ADJUDGED that Fernando W. Preciado's ("Plaintiff") federal claims under the FDCPA against Defendants Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP and ReconTrust Company, N.A. (collectively, "Defendants") are **DISMISSED with prejudice**. It is **FURTHER ADJUDGED** that Plaintiff's state law claims are hereby **DISMISSED without prejudice** to their refiling in state court pursuant to 28 U.S.C. § 1367(c)(3).

   **IT IS SO ORDERED**.

   DATED: August 16, 2011

_____
GEORGE H. KING
United States District Judge